# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-50630
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 2, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALBERTO DIAZ-HERNANDEZ, also known as Juan Alberto Hernandez,

Defendant-Appellant

-------------------------------------------------------------------------------------------------------------

Consolidated with 17-50634

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALBERTO DIAZ-HERNANDEZ, also known as Juan Alberto Diaz, also known as Alberto Diaz, also known as Alberto Hernandez,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:13-CR-46-1
USDC No. 1:17-CR-153-1

No. 17-50630
c/w No. 17-50634

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Alberto Diaz-Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Diaz-Hernandez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.